United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GINA M GUTIERREZ,

Plaintiff,

v.

FRANK BISIGNANO,[1]

Defendants.

Case No.  25-cv-02016-SK

**JUDGMENT**

IT IS HEREBY ADJUDGED that the agency's final decision is reversed and remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g).  The Commissioner of Social Security shall assume jurisdiction to conduct further administrative proceedings as set forth in this Court's Order granting Plaintiff's motion for summary judgment and remanding for further proceedings.  This constitutes a final judgment under Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED**.

Dated: March 30, 2026

_____

SALLIE KIM
United States Magistrate Judge

---

[1] Frank Bisignano became the Acting Commissioner of the Social Security Administration on May 7, 2025.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Frank Bisignano as the defendant in this action.